IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

LUMBERMENS MUTUAL CASUALTY COMPANY *

    Plaintiff     *    Case No: CCB 03-CV-70

v. *

KEWAL KHATTA AND MEENAKSHI KHATTA *

    Defendants *

\* * * * * * * * * * *

### ORDER OF DEFAULT

It appearing from the records and/or Affidavits of Donnell Parker of Maryland Professional Process Servers that the Summons and Complaint were properly served upon the above named defendants on January 27, 2002, and that the time for said defendants to plead or otherwise defend expired on February 7, 2003, and that said defendants have failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Procedure.

Therefore, upon the request of the plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED** that the default for want of answer or other defense by said defendants is entered this 6th day of March, 2003.

FELICIA C. CANNON, CLERK

_Ron Lawson_
Deputy Clerk
RON LAWSON

3/6/03
C/M instructions
w/ filing motion
for Def. Judgment