AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ____Maryland____

35 F-1

LUMBERMENS MUTUAL CASUALTY COMPANY

V.

KAYWELL CORPORATION, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

*Authorized to accept,*
*[signature] 534ns4*
*'55 130pd Nisp Blk H*
*3-12-03 6:38pm*

TO: (Name and address of defendant)

Kaywell Corporation
SERVE: JAIME AUSTRIA
7804 Westfield Drive
Bethesda, MD 20817

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David D. Gilliss, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

*Nadine Mercer*

(BY) DEPUTY CLERK

DATE  1/10/03

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 3-12-03 |
| NAME OF SERVER (PRINT) Donnell Parker | TITLE PPS |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: Kewel Khatra, principal of the Corporat: 12507 Marlow Road, Fulton, MD 20759

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[x] Other (specify): Authorized to accept for Jaime Austria and accepted by Kewel Khatra.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/12/03
             Date

Signature of Server: Donnell Parker   MPPS
Address of Server: 11433 Pulaski Hwy Ste 12
White Marsh MD 21162

1. Summons in a Civil Case
2. General Consent to Proceed Before A United States Magistrate
3. Disclosure of Corporate Interest
4. Civil Cover Sheet
5. Complaint
6. Exhibits