IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **LUMBERMENS MUTUAL CASUALTY COMPANY** | * | |
| **Plaintiff** | * | **Case No: CCB 03-CV-70** |
| v. | * | |
| **KEWAL KHATTA AND MEENAKSHI KHATTA** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF JUDGMENT BY DEFAULT**

It appearing from the Returns of Private Process Server that the Summonses and Complaints were properly served upon the Defendants, Meenakshi Khatta and Kewal Khatta, and that the time for said Defendants to plead or otherwise defend has expired, and that said Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Procedure, it is hereby

**ORDERED,** that the entry of judgment by default is hereby entered as to the Defendants, Meenakshi Khatta and Kewal Khatta, in the amount of $1,621,874.10.

_____
JUDGE, U.S. District Court for the
District of Maryland

cc:   All parties and counsel of record