IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

LUMBERMENS MUTUAL CASUALTY COMPANY

       Plaintiff                *       Case No: CCB 03-CV-70

v.

KAYWELL CORPORATION              *

       Defendant             *

*     *     *     *     *     *     *     *     *     *

FILED / LODGED / ENTERED / RECEIVED
MAY 9 - 2003
BY ___ CLERK U.S. DISTRICT COURT AT BALTIMORE DISTRICT OF MARYLAND
DEPUTY

## ORDER OF DEFAULT

It appearing from the records and/or Affidavits of Donnell Parker of Maryland Professional Process Servers that the Summons and Complaint were properly served upon the above named defendant on March 12, 2003, and that the time for said defendant to plead or otherwise defend expired on April 1, 2003, and that said defendant has failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Procedure.

Therefore, upon the request of the plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED** that the default for want of answer or other defense by said defendant is entered this 9th day of May, 2003.

FELICIA C. CANNON, CLERK

_____
Deputy Clerk
Ron Lawson