IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY | * | |
| Plaintiff | * | Case No: CCB 03-CV-70 |
| v. | * | |
| KAYWELL CORPORATION | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF JUDGMENT BY DEFAULT

It appearing from the Return of Private Process Server that the Summons and Complaint were properly served upon the Defendant, Kaywell Corporation, and that the time for said Defendant to plead or otherwise defend has expired, and that said Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Procedure, it is hereby

**ORDERED**, that the entry of judgment by default is hereby entered as to the Defendant, Kaywell Corporation, in the amount of $1,621,874.10.

_____
JUDGE, U.S. District Court for the
District of Maryland

cc:   All parties and counsel of record